# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SHEHAB, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE RETAIL OPERATIONS, LLC; and any other related entities,<br><br>Defendants. | Case No. 2:17-cv-01529<br><br>ORDER |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Joshua Shehab and Defendant Bridgestone Retail Operations, LLC, through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby stipulate and agree that this action is dismissed in its entirety with prejudice, with all parties to bear their own costs and attorneys' fees.

Respectfully submitted,

/s/ Brett R. Cohen (with consent)
Brett R. Cohen
LEEDS BROWN LAW, P.C.
One Old County Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
BCohen@LeedsBrownLaw.com

Counsel for Plaintiff Joshua Shehab

Respectfully submitted,

/s/ Loren L. Forrest, Jr.
Loren L. Forrest, Jr.
Katherine H. Marques
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200
(212) 385-9010 (Fax)
loren.forrest@hklaw.com
katherine.marques@hklaw.com

Counsel for Defendant
Bridgestone Retail Operations, LLC

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Aug. 6, 2018
Central Islip, NY

The Clerk of the Court is directed to mark the case CLOSED.